CITY OF PORTLAND - PLAINTIFF

Attorney for: CITY OF PORTLAND
VISITING ATTORNEY  - RETAINED
VISITING ATTORNEY
-
- -

Attorney for: CITY OF PORTLAND
VISITING ATTORNEY  - RETAINED
VISITING ATTORNEY
-
- -

Attorney for: CITY OF PORTLAND
VISITING ATTORNEY  - RETAINED
VISITING ATTORNEY
-
- -

Attorney for: CITY OF PORTLAND
JAMES E BELLEAU  - RETAINED
TRAFTON MATZEN BELLEAU & FRENETTE
TEN MINOT AVENUE
PO BOX 470
AUBURN ME 04212

Attorney for: CITY OF PORTLAND
ADAM R LEE  - RETAINED
TRAFTON MATZEN BELLEAU & FRENETTE
TEN MINOT AVENUE
PO BOX 470
AUBURN ME 04212

vs
CVS PHARMACY INC - DEFENDANT
C/O CT CORPORATION SYSTEM, 128 STATE STREET
AUGUSTA ME 04330
WALGREENS BOOTS ALLIANCE INC - DEFENDANT
C/O CORPORATION SERVICE CO, 45 MEMORIAL CIRCLE
AUGUSTA ME 04330
Attorney for: WALGREENS BOOTS ALLIANCE INC
JOHN WHITMAN  - RETAINED 07/20/2018
RICHARDSON WHITMAN LARGE & BADGER
PO BOX 9545
PORTLAND ME 04112-9545

Attorney for: WALGREENS BOOTS ALLIANCE INC
JOSEPH L CAHOON  - RETAINED 07/20/2018
RICHARDSON WHITMAN LARGE & BADGER
PO BOX 9545
PORTLAND ME 04112-9545

WAL-MART STORES INC - DEFENDANT
C/O CT CORPORATION SYSTEM, 128 STATE STREET

SUPERIOR COURT
CUMBERLAND, ss.
Docket No   PORSC-CV-2018-00140

**DOCKET RECORD**

PORSC-CV-2018-00140
DOCKET RECORD

```
AUGUSTA ME 04330
RITE AID OF MAINE INC - DEFENDANT
C/O DAVID B MCCONNELL, PO BOX 426
PORTLAND ME 04112-0426
JANSSEN PHARMACEUTICALS INC - DEFENDANT
C/O CT CORPORATION SYSTEM, 128 STATE ST SUITE 3
AUGUSTA ME 04330
ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS INC NKA - DEFENDANT
C/O CT CORPORATION SYSTEM, 600 N 2ND ST SUITE 401
HARRISBURG PA 17101-1071
JANSSEN PHARMACEUTICA INC NKA - DEFENDANT
C/O CT CORP SYSTEM DAUGHIN, 600 N 2ND ST SUITE 401
HARRISBURG PA 17101-1071
ENDO PHARMACEUTIALS INC - DEFENDANT
C/O CT CORPORATION SYSTEM, ONE PORTLAND SQUARE
PORTLAND ME 04101
ALLERGAN PLC FKA ACTAVIS PLC - DEFENDANT
5 GIRALDA FARMS
MADISON NJ 07940
ACTAVIS INC FKA WATSON PHARMACEUTICALS INC - DEFENDANT
C/O CORP CREATIONS NETWORK INC, 477 CONGRESS ST 5T FLOOR
PORTLAND ME 04101
Attorney for: ACTAVIS INC FKA WATSON PHARMACEUTICALS INC
JEFF GOLDMAN   - RETAINED 07/10/2018
BINGHAM MCCUTCHEN LLP
ONE FEDERAL ST
BOSTON MA 02110


WATSON LABORATORIES INC - DEFENDANT
C/O CORP CREATIONS NETWORK INC, 8275 SO EASTERN AVE UNIT 200
LAS VEGAS NV 89123
ACTAVIS LLC - DEFENDANT
C/O CORP CREATIONS NETWORK INC, 477 CONGRESS ST 5TH FLOOR
PORTLAND ME 04101
Attorney for: ACTAVIS LLC
JEFF GOLDMAN   - RETAINED 07/10/2018
BINGHAM MCCUTCHEN LLP
ONE FEDERAL ST
BOSTON MA 02110

ACTAVIS PHARMA INC FKA WATSON PHARMA INC - DEFENDANT
C/O CORP CREATIONS NETWORK IN, 477 CONGRESS ST 5TH FLOOR
PORTLAND ME 04101
ENDO HEALTH SOLUTIONS INC - DEFENDANT
C/O THE CORPORATION TRUST CO, 1209 ORANGE ST
WILMINGTON DE 19801
INSYS THERAPEUTICS INC - DEFENDANT
C/O CT CORPORATION SYSTEM, 128 STATE ST SUITE 3
AUGUSTA ME 04330
MALLINCKRODT ENTERPRISES LLC - DEFENDANT
C/O CT CORPORATION SYSTEM, 128 STATE ST SUITE 3
AUGUSTA ME 04330
MCKESSON CORPORATION - DEFENDANT
C/O CORPORATION SERVICE CO, 45 MEMORIAL CIRCLE
```

AUGUSTA ME 04330
Attorney for: MCKESSON CORPORATION
VISITING ATTORNEY   - RETAINED 05/29/2018
VISITING ATTORNEY
-
- -


Attorney for: MCKESSON CORPORATION
VISITING ATTORNEY   - RETAINED 05/29/2018
VISITING ATTORNEY
-
- -


Attorney for: MCKESSON CORPORATION
MELISSA M HANLON   - RETAINED 05/11/2018
SULLOWAY & HOLLIS PLLC
9 CAPITOL ST
CONCORD NH 03302


CARDINAL HEALTH 110 LLC - DEFENDANT
C/O CT CORPORATION SYSTEM, 128 STREET SUITE 3
AUGUSTA ME 04330
Attorney for: CARDINAL HEALTH 110 LLC
CHRISTOPHER D HAWKINS   - RETAINED 06/27/2018
DEVINE MILLIMET & BRANCH PA
111 AMHERST ST
MANCHESTER NH 03101


AMERISOURCEBERGEN DRUG CORPORATION - DEFENDANT
C/O CT CORPORATION SYSTEM, 128 STATE ST SUITE 3
AUGUSTA ME 04330
DOUGLAS J JORGENSEN DO   - DEFENDANT
NEW ENGLAND SPORT AND SPINE, 29 BOWDOIN ST
MANCHESTER ME 04351
Attorney for: DOUGLAS J JORGENSEN DO
MAUREEN MCCRANN STURTEVANT   - RETAINED 07/09/2018
LAMBERT COFFIN
PO BOX 15215
ONE CANAL PLAZA, SUITE 400
PORTLAND ME 04112-5215

MARK E CIENIAWSKI MD   - DEFENDANT
245 MAIN ST
CUMBERLAND ME 04021
Attorney for: MARK E CIENIAWSKI MD
MARK LAVOIE   - RETAINED 07/17/2018
NORMAN HANSON & DETROY LLC
TWO CANAL PLAZA
PO BOX 4600
PORTLAND ME 04112-4600

PORSC-CV-2018-00140
DOCKET RECORD

Attorney for: MARK E CIENIAWSKI MD
JOSHUA D HADIARIS  - RETAINED 07/17/2018
NORMAN HANSON & DETROY LLC
TWO CANAL PLAZA
PO BOX 4600
PORTLAND ME 04112-4600

PERRY FINE MD  - DEFENDANT
3230 E MILLCREEK CANYON
SALT LAKE CITY UT 84109
SCOTT FISHMAN MD  - DEFENDANT
221 STOCKTON BLVD
SACRAMENTO CA 95817
LYNN WEBSTER MD  - DEFENDANT
1255 E 2900 STREET, SUITE 101
SALT LAKE CITY UT 84124-1417
PURDUE PHARMA LP - DEFENDANT
C/O CORPORATIONS SERVICE CO, 45 MEMORIAL CIRCLE
AUGUSTA ME 04330
PURDUE PHARMA INC - DEFENDANT
C/O CORPORATION SERVIC CO, 80 STATE ST
ALBANY NY 12207-3543
THE PURDUE FREDERICK COMPANY - DEFENDANT
C/O THE PRENTICE HALL COP, 251 LITTLE FALLS DRIVE
WILMINGTON DE 19808
TEVA PHARMACEUTICALS USA INC - DEFENDANT
C/O CORP CREATION NETWORK INC, 477 CONGRESS ST 5TH FLOOR
PORTLAND ME 04101
Attorney for: TEVA PHARMACEUTICALS USA INC
JEFF GOLDMAN  - RETAINED 07/10/2018
BINGHAM MCCUTCHEN LLP
ONE FEDERAL ST
BOSTON MA 02110

CEPHALON INC - DEFENDANT
C/O CORP CREATIONS NETWORK INC, 477 CONRESS ST 5TH FLOOR
PORTLAND ME 04101
Attorney for: CEPHALON INC
JEFF GOLDMAN  - RETAINED 07/10/2018
BINGHAM MCCUTCHEN LLP
ONE FEDERAL ST
BOSTON MA 02110

JOHNSON AND JOHNSON - DEFENDANT
ONE JOHNSON AND JOHNSON PLAZA
NEW BRUNSWICK NJ 08933

Filing Document: COMPLAINT                    Minor Case Type: UNFAIR TRADE PRACTICES
Filing Date: 04/05/2018

**Docket Events:**
04/05/2018 FILING DOCUMENT - COMPLAINT FILED ON 04/05/2018
           W/EXHS 1-24 (DC)

```
                                                              PORSC-CV-2018-00140
                                                                    DOCKET RECORD
```

04/05/2018 Party(s): CITY OF PORTLAND
           ATTORNEY - RETAINED ENTERED ON 04/05/2018
           Plaintiff's Attorney: JAMES E BELLEAU

04/05/2018 Party(s): CITY OF PORTLAND
           ATTORNEY - RETAINED ENTERED ON 04/05/2018
           Plaintiff's Attorney: ADAM R LEE

04/06/2018 Party(s): CITY OF PORTLAND
           MOTION - MOTION TO ADMIT VISIT. ATTY FILED ON 04/05/2018
           OF PLTF W/PROP ORDER (DC)

04/06/2018 ASSIGNMENT - SINGLE JUDGE/JUSTICE ASSIGNED TO JUSTICE ON 04/05/2018
           THOMAS D WARREN , JUSTICE

05/11/2018 Party(s): MCKESSON CORPORATION
           ATTORNEY - RETAINED ENTERED ON 05/11/2018
           Defendant's Attorney: MELISSA M HANLON

05/11/2018 Party(s): MCKESSON CORPORATION
           MOTION - MOTION FOR ENLARGEMENT OF TIME FILED ON 05/11/2018
           OF DEF MCKESSON ASSENTED TO MOTION TO ENLARGE TIME TO ANSWER COMPLAINT

05/11/2018 Party(s): MCKESSON CORPORATION
           MOTION - MOTION TO ADMIT VISIT. ATTY FILED WITH AFFIDAVIT ON 05/11/2018
           DEF MCKESSON CORP ASSENTED TO MOTION FOR PRO HAC VICE ADMISSON OF MEGAN L RODGERS ESQ W/
           PROPOSED ORDER

05/11/2018 Party(s): MCKESSON CORPORATION
           MOTION - MOTION TO ADMIT VISIT. ATTY FILED WITH AFFIDAVIT ON 05/11/2018
           OF DEF MCKESSON CORPORATION ASSENTED TO MOTION FOR PRO HAC VICE ADMISSION OF NEIL K ROMAN
           ESQ. W/ PROPOSED ORDER

05/23/2018 Party(s): CITY OF PORTLAND
           MOTION - MOTION TO ADMIT VISIT. ATTY FILED WITH AFFIDAVIT ON 05/23/2018
           OF PLTF MOTION FOR ADMISSION OF ATTY'S HUNTER SHKOLNIK, SHAYNA SACKS AND JOSEPH CIACCIO OF
           NAPOLI SHKILNIK PLLC OF MELVILLE NEW YORK. W/ EXHIBT A-C AFFIDAVIT IN SUPPORT

05/23/2018 CASE STATUS - CASE FILE LOCATION ON 05/23/2018
           SENT TO JUSTICE WARREN FOR REVIEW

05/25/2018 ASSIGNMENT - SINGLE JUDGE/JUSTICE RECUSED ON 05/25/2018
           THOMAS D WARREN , JUSTICE

05/25/2018 ASSIGNMENT - SINGLE JUDGE/JUSTICE ASSIGNED TO JUSTICE ON 05/25/2018
           ANDREW HORTON , JUSTICE

05/25/2018 CASE STATUS - CASE FILE RETURNED ON 05/24/2018

05/25/2018 CASE STATUS - CASE FILE LOCATION ON 05/25/2018
           SENT TO J HORTON FOR REVIEW (AT)

05/31/2018 CASE STATUS - CASE FILE RETURNED ON 05/29/2018

```
                                                              PORSC-CV-2018-00140
                                                                    DOCKET RECORD
```

05/31/2018 Party(s): CITY OF PORTLAND
        MOTION - MOTION TO ADMIT VISIT. ATTY WITHDRAWN ON 05/29/2018
        ANDREW  HORTON , JUSTICE
        MOTION REPLACED BY MOTION DATED 5/22/18 (AT)

05/31/2018 Party(s): CITY OF PORTLAND
        MOTION - MOTION TO ADMIT VISIT. ATTY GRANTED ON 05/29/2018
        ANDREW  HORTON , JUSTICE
        HUNTER SHKOLNIK ESQ, SHAYNA SACKS ESQ, AND JOESPH CIACCIO, ESQ ARE ADMITTED PRO HAC VICE
        ON BEHALF OF PLTF. COPIES TO PARTIES/COUNEL 5/31/18 (AT)

05/31/2018 Party(s): MCKESSON CORPORATION
        MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 05/29/2018
        ANDREW  HORTON , JUSTICE
        MCKESSON CORPORATION HAS UNTIL 7/23/18 TO ANSWER PLTF'S COMPLAINT. COPIES TO
        PARTIES/COUNSEL 5/31/18 (AT)

05/31/2018 Party(s): MCKESSON CORPORATION
        MOTION - MOTION TO ADMIT VISIT. ATTY GRANTED ON 05/29/2018
        ANDREW  HORTON , JUSTICE
        MEGAN RODGERS ESQ IS ADMITTED PRO HAC VICE ON BEHALF OF MCKESSON CORPORATION. COPIES TO
        PARTIES/COUNSEL 5/31/18 (AT)

05/31/2018 Party(s): MCKESSON CORPORATION
        MOTION - MOTION TO ADMIT VISIT. ATTY GRANTED ON 05/29/2018
        ANDREW  HORTON , JUSTICE
        NEIL ROMAN ESQ IS ADMITTED PRO HAC VICE ON BEHALF OF MCKESSON CORPORATION. COPIES TO
        PARTIES/COUNSEL 5/31/18 (AT)

05/31/2018 Party(s): MCKESSON CORPORATION
        ATTORNEY - RETAINED ENTERED ON 05/29/2018
        Defendant's Attorney: VISITING ATTORNEY

05/31/2018 Party(s): MCKESSON CORPORATION
        ATTORNEY - RETAINED ENTERED ON 05/29/2018
        Defendant's Attorney: VISITING ATTORNEY

05/31/2018 Party(s): CITY OF PORTLAND
        ATTORNEY - RETAINED ENTERED ON 05/29/2018
        Plaintiff's Attorney: VISITING ATTORNEY

05/31/2018 Party(s): CITY OF PORTLAND
        ATTORNEY - RETAINED ENTERED ON 05/29/2018
        Plaintiff's Attorney: VISITING ATTORNEY

05/31/2018 Party(s): CITY OF PORTLAND
        ATTORNEY - RETAINED ENTERED ON 05/29/2018
        Plaintiff's Attorney: VISITING ATTORNEY

06/05/2018 Party(s): MCKESSON CORPORATION
        MOTION - MOTION CORRECT CLERICAL ERROR FILED ON 06/01/2018
        OF DEF, MCKESSON CORPORATION, TO CORRECT CLERICAL MISTAKE IN ASSENTED-TO MOTION TO ENLARGE

PORSC-CV-2018-00140
DOCKET RECORD

TIME TO ANSWER COMPLAINT, WITH EXHIBIT A, AND PROPOSED ORDER (AT)

06/20/2018 Party(s): CITY OF PORTLAND
SUPPLEMENTAL FILING - AMENDED COMPLAINT FILED ON 06/19/2018

06/25/2018 Party(s): CITY OF PORTLAND
MOTION - MOTION FOR ENLARGEMENT OF TIME FILED ON 06/25/2018
OF PLTF, FOR ENLARGEMENT OF TIME TO FILE PROOF OF SERVICE, WITH PROPOSED ORDER (AT)

06/25/2018 CASE STATUS - CASE FILE LOCATION ON 06/25/2018
SENT TO J HORTON FOR REVIEW (AT)

06/27/2018 CASE STATUS - CASE FILE RETURNED ON 06/26/2018

06/27/2018 Party(s): CITY OF PORTLAND
MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 06/26/2018
ANDREW  HORTON , JUSTICE
PROOF OF SERVICE MUST NOT BE FILED BY 8/18/18. THE CLERK IS INSTRUCTED TO INCORPORATE THIS
ORDER ON THE DOCKET BY REFERENCE. COPIES TO PARTIES/COUNSEL 6/27/18 (AT)

06/27/2018 Party(s): CARDINAL HEALTH 110 LLC
MOTION - MOTION FOR ENLARGEMENT OF TIME FILED ON 06/27/2018
OF DEF CARDINAL HEALTH, ASSENTED TO MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND
TO COMPLAINT, WITH PROPOSED ORDER (AT)

06/27/2018 Party(s): CARDINAL HEALTH 110 LLC
ATTORNEY - RETAINED ENTERED ON 06/27/2018
Defendant's Attorney: CHRISTOPHER D HAWKINS

06/27/2018 CASE STATUS - CASE FILE LOCATION ON 06/27/2018
SENT TO J HORTON FOR REVIEW (AT)

06/29/2018 CASE STATUS - CASE FILE RETURNED ON 06/28/2018

06/29/2018 Party(s): MCKESSON CORPORATION
MOTION - MOTION CORRECT CLERICAL ERROR GRANTED ON 06/28/2018
ANDREW  HORTON , JUSTICE
COPIES TO PARTIES/COUNSEL 6/29/18 (AT)

06/29/2018 Party(s): CARDINAL HEALTH 110 LLC
MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 06/27/2018
ANDREW  HORTON , JUSTICE
ANSWER DEADLINE FOR CARDINAL HEALTH INC EXTENDED TO 9/12/18 (AT)

06/29/2018 Party(s): PURDUE PHARMA INC
SUMMONS/SERVICE - PROOF OF SERVICE SERVED ON 06/22/2018
UPON PURDUE PHARMA INC, TO LITIGATION MANAGEMENT CSC (AT)

06/29/2018 Party(s): PURDUE PHARMA INC
SUMMONS/SERVICE - PROOF OF SERVICE FILED ON 06/27/2018
CERTIFICATE OF SERVICE FROM ALBANY COUNTY SHERIFF'S OFFICE, WITH COPY OF CIVIL SUMMONS
(AT)

```
                                                                   PORSC-CV-2018-00140
                                                                   DOCKET RECORD

06/29/2018 Party(s):  RITE AID OF MAINE INC
           SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 06/21/2018
           UPON RITE AID OF MAINE INC, TO DAVID O'CONNELL ESQ (AT)

06/29/2018 Party(s):  RITE AID OF MAINE INC
           SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 06/27/2018

06/29/2018 Party(s):  CEPHALON INC
           SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 06/20/2018
           UPON CEPHALON INC, TO CORP CREATIONS NETWORK INC (AT)

06/29/2018 Party(s):  CEPHALON INC
           SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 06/27/2018

06/29/2018 Party(s):  ACTAVIS PHARMA INC FKA WATSON PHARMA INC
           SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 06/20/2018
           UPON ACTAVIS PHARMA INC, TO NANCY LYONS (AT)

06/29/2018 Party(s):  ACTAVIS PHARMA INC FKA WATSON PHARMA INC
           SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 06/27/2018

06/29/2018 Party(s):  ACTAVIS LLC
           SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 06/20/2018
           UPON ACTAVIS (AT)

06/29/2018 Party(s):  ACTAVIS LLC
           SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 06/27/2018

06/29/2018 Party(s):  TEVA PHARMACEUTICALS USA INC
           SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 06/20/2018
           UPON TEVA PHARMACEUTICALS USA INC, TO NANCY LYONS (AT)

06/29/2018 Party(s):  TEVA PHARMACEUTICALS USA INC
           SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 06/27/2018

07/02/2018 Party(s):  MCKESSON CORPORATION
           MOTION - MOTION FOR ENLARGEMENT OF TIME FILED ON 06/29/2018
           OF MKESSON CORPORATION, ASSENTED TO MOTION TO EXTEND DEADLINE TO RESPOND TO AMENDED
           COMPLAINT, WITH PROPOSED ORDER (AT)

07/03/2018 CASE STATUS - CASE FILE LOCATION ON 07/03/2018
           SENT TO J HORTON FOR REVIEW (AT)

07/03/2018 Party(s):  PURDUE PHARMA LP
           SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 06/21/2018
           UPON PURDUE PHARMA LP, TO CORPORATION SERVICE CO (AT)

07/03/2018 Party(s):  PURDUE PHARMA LP
           SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 06/29/2018

07/03/2018 Party(s):  JANSSEN PHARMACEUTICALS INC
           SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 06/02/2018
           UPON JANSSEN PHARMACEUTICALS INC, TO CT CORPORATION SYSTEM (AT)
```

```
                                                              PORSC-CV-2018-00140
                                                              DOCKET RECORD
```

07/03/2018 Party(s): JANSSEN PHARMACEUTICALS INC
           SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 06/29/2018

07/03/2018 Party(s): CVS PHARMACY INC
           SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 06/21/2018
           UPON CVS PHARMACY INC, TO CT CORPORATION SYSTEM (AT)

07/03/2018 Party(s): CVS PHARMACY INC
           SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 06/29/2018

07/03/2018 Party(s): MALLINCKRODT ENTERPRISES LLC
           SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 06/21/2018
           UPON MALLINCKROFT ENTERPRISES LLC, TO CT CORPORATION SYSTEM (AT)

07/03/2018 Party(s): MALLINCKRODT ENTERPRISES LLC
           SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 06/29/2018

07/03/2018 Party(s): WAL-MART STORES INC
           SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 06/21/2018
           UPON WAL-MART STORES INC, TO CT CORPORATION SYSTEM (AT)

07/03/2018 Party(s): WAL-MART STORES INC
           SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 06/29/2018

07/03/2018 Party(s): INSYS THERAPEUTICS INC
           SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 06/21/2018
           UPON INSYS THERAPEUTICS INC, TO CT CORPORATION SYSTEM (AT)

07/03/2018 Party(s): INSYS THERAPEUTICS INC
           SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 06/29/2018

07/03/2018 Party(s): WALGREENS BOOTS ALLIANCE INC
           SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 06/21/2018
           UPON WALGREEN CO, TO CORPORATION SERVICE CO (AT)

07/03/2018 Party(s): WALGREENS BOOTS ALLIANCE INC
           SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 06/29/2018

07/03/2018 Party(s): PURDUE PHARMA INC
           SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 06/22/2018
           UPON PURDUE PHARMA INC, TO LEGAL REPRESENTATIVE (AT)

07/03/2018 Party(s): PURDUE PHARMA INC
           SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 06/29/2018
           WITH CERTIFICATE OF SERVICE BY ALBANY COUNTY SHERIFF'S OFFICE (AT)

07/03/2018 Party(s): WATSON LABORATORIES INC
           SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 06/21/2018
           UPON WATSON LAB INC, TO MARCIA WYATT (AT)

07/03/2018 Party(s): WATSON LABORATORIES INC
           SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 06/29/2018

```
                                                                        PORSC-CV-2018-00140
                                                                            DOCKET RECORD
```

07/03/2018 CASE STATUS - CASE FILE RETURNED ON 07/03/2018

07/03/2018 Party(s): MCKESSON CORPORATION
           MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 07/03/2018
           ANDREW  HORTON , JUSTICE
           MCKESSON CORPORATION HAS UNTIL 9/10/18 TO ANSWER THE PLTF'S AMENDED COMPLAINT. COPIES TO
           PARTIES/COUNSEL 7/3/18 (AT)

07/10/2018 Party(s): DOUGLAS J JORGENSEN DO
           ATTORNEY - RETAINED ENTERED ON 07/09/2018
           Defendant's Attorney: MAUREEN MCCRANN STURTEVANT

07/10/2018 Party(s): DOUGLAS J JORGENSEN DO
           MOTION - MOTION FOR ENLARGEMENT OF TIME FILED ON 07/09/2018
           OF DEF DOUGLAS J JORGENSON DO, TO ENLARGE TIME TO RESPOND TO PLTF'S AMENDED COMPLAINT,
           UNOPPOSED, WITH PROPOSED ORDER (AT)

07/10/2018 Party(s): DOUGLAS J JORGENSEN DO
           SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 06/20/2018
           UPON DOUGLAS J JORGENSEN, IN HAND (AT)

07/10/2018 Party(s): DOUGLAS J JORGENSEN DO
           SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 07/09/2018

07/10/2018 Party(s): ENDO PHARMACEUTIALS INC
           SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 06/26/2018
           UPON ENDO PHARACEUTICALS INC, TO CT CORPORATION SYSTEM (AT)

07/10/2018 Party(s): ENDO PHARMACEUTIALS INC
           SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 07/09/2018

07/10/2018 Party(s): JANSSEN PHARMACEUTICA INC NKA
           SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 06/25/2018
           UPON JANSSEN PHARMACEUTICA INC N/K/A JANSSEN PHARMACEUTICALS INC, TO STEFONI MURPHY (AT)

07/10/2018 Party(s): JANSSEN PHARMACEUTICA INC NKA
           SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 07/09/2018
           WITH SHERIFF'S RETURN, DAUPHIN COUNTY SHERIFF'S OFFICE (AT)

07/10/2018 Party(s): ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS INC NKA
           SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 06/25/2018
           UPON ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS INC, TO STEFONI MURPHY (AT)

07/10/2018 Party(s): ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS INC NKA
           SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 07/09/2018
           WITH SHERIFF'S RETURN, DAUPHIN COUNTY SHERIFF'S OFFICE (AT)

07/10/2018 CASE STATUS - CASE FILE LOCATION ON 07/10/2018
           SENT TO J HORTON FOR REVIEW (AT)

07/11/2018 CASE STATUS - CASE FILE RETURNED ON 07/10/2018

```
07/11/2018 Party(s):  DOUGLAS J JORGENSEN DO
           MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 07/10/2018
           ANDREW  HORTON , JUSTICE
           DEF DOUGLAS JORGENSEN DO MUST RESPOND TO PLTF'S AMENDED COMPLAINT BY 8/17/18. COPIES TO
           PARTIES/COUNSEL 7/11/18 (AT) COPY MAILED TO ENDO PHARMACEUTICALS INC RETURNED NO LONGER
           ADDRESS 7/16/18, REMAILED TO ADDRESS PROVIDED 7/17/18 (AT)

07/13/2018 Party(s):   PURDUE PHARMA LP,PURDUE PHARMA INC,TEVA PHARMACEUTICALS USA INC,CEPHALON INC,JANSSEN
                       PHARMACEUTICALS INC,ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS INC NKA,JANSSEN
                       PHARMACEUTICA INC NKA,ENDO PHARMACEUTIALS INC,WATSON LABORATORIES INC,ACTAVIS PHARMA
                       INC FKA WATSON PHARMA INC,ENDO HEALTH SOLUTIONS INC,INSYS THERAPEUTICS
                       INC,MALLINCKRODT ENTERPRISES LLC
           MOTION - MOTION FOR ENLARGEMENT OF TIME FILED ON 07/10/2018
           ASSENTED-TO MOTION TO EXTEND DEADLINE TO RESPOND TO AMENDED COMPLAINT, WITH PROPOSED ORDER
           (AT)

07/13/2018 Party(s):  TEVA PHARMACEUTICALS USA INC
           ATTORNEY - RETAINED ENTERED ON 07/10/2018
           Defendant's Attorney: JEFF GOLDMAN

07/13/2018 Party(s):  CEPHALON INC
           ATTORNEY - RETAINED ENTERED ON 07/10/2018
           Defendant's Attorney: JEFF GOLDMAN

07/13/2018 Party(s):  ACTAVIS LLC
           ATTORNEY - RETAINED ENTERED ON 07/10/2018
           Defendant's Attorney: JEFF GOLDMAN

07/13/2018 Party(s):  ACTAVIS INC FKA WATSON PHARMACEUTICALS INC
           ATTORNEY - RETAINED ENTERED ON 07/10/2018
           Defendant's Attorney: JEFF GOLDMAN

07/13/2018 CASE STATUS - CASE FILE LOCATION ON 07/13/2018
           SENT TO J HORTON FOR REVIEW (AT)

07/16/2018 CASE STATUS - CASE FILE RETURNED ON 07/16/2018

07/16/2018 Party(s):   PURDUE PHARMA LP,PURDUE PHARMA INC,TEVA PHARMACEUTICALS USA INC,CEPHALON INC,JANSSEN
                       PHARMACEUTICALS INC,ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS INC NKA,JANSSEN
                       PHARMACEUTICA INC NKA,ENDO PHARMACEUTIALS INC,WATSON LABORATORIES INC,ACTAVIS PHARMA
                       INC FKA WATSON PHARMA INC,ENDO HEALTH SOLUTIONS INC,INSYS THERAPEUTICS
                       INC,MALLINCKRODT ENTERPRISES LLC
           MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 07/13/2018
           ANDREW  HORTON , JUSTICE
           THE PARTIES NAMED IN ORDER HAVE UNTIL 9/10/18 TO ANSWER THE PLT'S AMENDED COMPLAINT.
           COPIES TO PARTIES/COUNSEL 7/16/18 (AT)

07/17/2018 Party(s):  MARK E CIENIAWSKI MD
           MOTION - MOTION FOR ENLARGEMENT OF TIME FILED ON 07/16/2018
           OF MARK CIENIAWSKI MD, CONSENTED, TO ANSWER OR OTHERWISE RESPOND TO PLTFS' AMENDED
           COMPLAINT, WITH PROPOSED ORDER (AT)

07/17/2018 Party(s):  MARK E CIENIAWSKI MD
```

```
                                                                        PORSC-CV-2018-00140
                                                                        DOCKET RECORD


            ATTORNEY - RETAINED ENTERED ON 07/17/2018
            Defendant's Attorney: MARK LAVOIE

07/17/2018  Party(s):  MARK E CIENIAWSKI MD
            ATTORNEY - RETAINED ENTERED ON 07/17/2018
            Defendant's Attorney: JOSHUA D HADIARIS

07/17/2018  CASE STATUS - CASE FILE LOCATION ON 07/17/2018
            SENT TO J HORTON FOR REVIEW (AT)

07/19/2018  CASE STATUS - CASE FILE RETURNED ON 07/18/2018

07/19/2018  Party(s):  MARK E CIENIAWSKI MD
            MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 07/17/2018
            ANDREW  HORTON , JUSTICE
            THE DEADLINE FOR DEF CIENIAWSKI TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COPLAINT IS
            EXTENDED TO AND INCLUDING 10/1/18. COPIES TO PARTIES/COUNSEL 7/19/18 (AT)

07/19/2018  Party(s):  JOHNSON AND JOHNSON
            SUMMONS/SERVICE - PROOF OF SERVICE SERVED ON 07/02/2018
            UPON JOHNSON & JOHNSON, TO KATHLEEN BONELLE (AT)

07/19/2018  Party(s):  JOHNSON AND JOHNSON
            SUMMONS/SERVICE - PROOF OF SERVICE FILED ON 07/18/2018
            AFFIDAVIT OF SERVICE DEPUTY SHERIFF OF MIDDLESEX COUNTY, NJ, WITH ORIGINAL SUMMONS (AT)

07/19/2018  Party(s):  THE PURDUE FREDERICK COMPANY
            SUMMONS/SERVICE - PROOF OF SERVICE SERVED ON 06/28/2018
            UPON THE PURDUE FREDERICK COMPANY INC, TO LITIGATION MANAGEMENT REPRESENTATIVE AT PRENTICE
            HALL CORPORATION SYSTEMS (AT)

07/19/2018  Party(s):  THE PURDUE FREDERICK COMPANY
            SUMMONS/SERVICE - PROOF OF SERVICE FILED ON 07/18/2018
            AFFIDAVIT OF SERVICE, OFFICE OF THE SHERIFF, NEW CASTLE COUNTY, DE, WITH ORIGINAL SUMMONS
            (AT)

07/19/2018  Party(s):  ENDO PHARMACEUTICALS INC
            SUMMONS/SERVICE - PROOF OF SERVICE SERVED ON 06/29/2018
            UPON ENDO HEALTH SOLUTIONS INC, TO AMY CLAREN AT CORPORATION TRUST COMPANY (AT)

07/19/2018  Party(s):  ENDO PHARMACEUTICALS INC
            SUMMONS/SERVICE - PROOF OF SERVICE FILED ON 07/18/2018
            AFFIDAVIT OF SERVICE OFFICE OF THE SHERIFF NEW CASTLE COUNTY, DE, WITH ORIGINAL SUMMONS
            (AT)

07/19/2018  Party(s):  MCKESSON CORPORATION
            SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP SERVED ON 06/22/2018
            UPON MCKESSON CORPORATION, BY NEIL ROMAN, ESQ (AT)

07/19/2018  Party(s):  MCKESSON CORPORATION
            SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP FILED ON 07/18/2018

07/19/2018  Party(s):  MARK E CIENIAWSKI MD
```

SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP SERVED ON 07/13/2018
UPON MARK CIENIAWSKI MD, BY MARK LAVOIE, ESQ (AT)

07/19/2018 Party(s): MARK E CIENIAWSKI MD
SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP FILED ON 07/18/2018

07/19/2018 Party(s): AMERISOURCEBERGEN DRUG CORPORATION
SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP SERVED ON 06/20/2018
UPON AMRISOURCEBERGEN DRUG CORPORATION, BY NEIL HLAWATSCH, ESQ (AT)

07/19/2018 Party(s): AMERISOURCEBERGEN DRUG CORPORATION
SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP FILED ON 07/18/2018

07/19/2018 Party(s): CARDINAL HEALTH 110 LLC
SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP SERVED ON 06/18/2018
UPON CARDINAL HEALTH 110 LLC, BY EMILY RENSHAW PISTILLI, ESQ (AT)

07/19/2018 Party(s): CARDINAL HEALTH 110 LLC
SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP FILED ON 07/18/2018

07/19/2018 Party(s): LYNN WEBSTER MD
SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP SERVED ON 07/06/2018
UPON LYNN WEBSTER MD, BY STEVEN ZAKRZEWSKI, ESQ (AT)

07/19/2018 Party(s): LYNN WEBSTER MD
SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP FILED ON 07/18/2018

07/19/2018 Party(s): SCOTT FISHMAN MD
SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP SERVED ON 07/06/2018
UPON SCOTT FISHMAN, BY STEVEN ZAKRZEWSKI, ESQ (AT)

07/19/2018 Party(s): SCOTT FISHMAN MD
SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP FILED ON 07/18/2018

07/19/2018 Party(s): PERRY FINE MD
SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP SERVED ON 07/06/2018
UPON PERRY FINE MD, BY STEVEN ZAKRZEWSKI, ESQ (AT)

07/19/2018 Party(s): PERRY FINE MD
SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP FILED ON 07/18/2018

07/20/2018 Party(s): WALGREENS BOOTS ALLIANCE INC
ATTORNEY - RETAINED ENTERED ON 07/20/2018
Defendant's Attorney: JOHN WHITMAN

07/20/2018 Party(s): WALGREENS BOOTS ALLIANCE INC
ATTORNEY - RETAINED ENTERED ON 07/20/2018
Defendant's Attorney: JOSEPH L CAHOON

### Receipts

04/05/2018        Misc Fee Payments        $600.00        paid.

| | | | |
|---|---|---|---|
| 04/05/2018 | Misc Fee Payments | $150.00 | paid. |
| 05/11/2018 | Misc Fee Payments | $600.00 | paid. |
| 05/11/2018 | Misc Fee Payments | $600.00 | paid. |
| 05/23/2018 | Misc Fee Payments | $600.00 | paid. |
| 05/23/2018 | Misc Fee Payments | $600.00 | paid. |
| 07/03/2018 | Misc Fee Payments | $18.00 | paid. |
| 07/18/2018 | Misc Fee Payments | $930.00 | paid. |

A TRUE COPY
ATTEST: _____